# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143651(21)

TOWNSHIP OF CONVIS,
        Plaintiff-Appellee,

v

                                    SC: 143651
                                    COA: 300659
                                    Calhoun CC: 2010-000877-AV

BRUCE ALAN COLLARD,
        Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's November 21, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2012 _____

d0227

_____
Clerk